IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-11-55-BMM |
| Plaintiff, | |
| vs. | **ORDER** |
| JAMES MICHAEL PARKER, | |
| Defendant. | |

Defendant James Michael Parker moved in open court for a psychiatric or psychological examination to determine his competency to participate in his defense in a revocation hearing. The Government does not oppose the motion.

Having reviewed the record and presided over Mr. Parker's initial appearance in this matter, the Court finds there is reasonable cause to believe that Mr. Parker is suffering from a mental disease or defect that renders him unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. Accordingly, IT IS HEREBY ORDERED that the motion is GRANTED.

Pursuant to 18 U.S.C. § 4241, defendant James Michael Parker shall undergo an evaluation to determine his competency to participate in his defense in

1

a revocation hearing.

The United States Marshals Service is directed to request that the Bureau of Prisons designate the federal facility where Mr. Parker will be evaluated.

The United States Marshals Service shall notify the Court when it receives notice of the facility that has been designated

The Clerk is directed to notify the parties and the United States Marshals Service of the entry of this Order.

Dated the 29th day of November 2016.

/s/ John Johnston
John Johnston
United States Magistrate Judge