IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | CR 11-55-GF-BMM |
|---|---|
| Plaintiff, | |
| vs. | |
| JAMES MICHAEL PARKER, | |
| Defendant. | |

On November 29, 2016, the undersigned granted Defendant, James Parker's (Parker) Oral Motion, during the November 28, 2016 Revocation Hearing (Doc. 34), for a Psychiatric Exam. On December 20, 2016, the Court received notice from C. Ingram, Warden at Federal Detention Center, SeaTac, Washington, (FDC SeaTac) where Parker will be evaluated, asking that the study of Parker begin on December 12, 2016, the date of his arrival at FDC SeaTac.

Accordingly, **IT IS ORDERED** that Parker's evaluation will begin on December 12, 2016. The study period will end on January 26, 2017 with the final report submitted to the Court no later than February 9, 2017.

DATED this 27th day of December, 2016.

John Johnston
United States Magistrate Judge