IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 11-55- GF-BMM |
| Plaintiff, | |
| vs. | |
| JAMES MICHAEL PARKER, | |
| Defendant. | |

On February 21, 2017, the undersigned ordered the James Michael Parker (Parker) undergo formal competency restoration procedures, (Doc. 43). On May 2, 2017, the Court received notice from Tom McIntosh, (McIntosh) Mental Health Unit Manager, Federal Bureau of Prisons, U.S. Medical Center for Federal Prisioners, Springfield, Missouri, where Parker will be evaluated, asking that the study of Parker begin on March 24, 2017, the date of his arrival at the facility.

Accordingly, pursuant to Title 18 U.S.C. §4241(d), **IT IS ORDERED** that Parker's study period will begin on March 24, 2017 and will end no later than July 21, 2017, with the final report submitted to the Court no later than July 31, 2017.

DATED this 2nd day of May, 2017.

John Johnston
United States Magistrate Judge