# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JAMES MICHAEL PARKER, <br><br> Defendant. | CR-11-55-BMM <br><br><br> **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on September 12, 2017. (Doc. 52.) Mr. Parker waived his 14-day period to appeal the Findings and Recommendations. (Doc. 52 at 5.) Consequently, neither party filed objections. When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Thomas v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a final revocation hearing on September 12, 2017. (Doc. 51.) Parker admitted that he violated the conditions of his supervised release.

1

(Doc. 51.) Parker violated the conditions of his supervised release by 1) failing to report to sexual offender counseling on October 4, 2016, and October 11, 2016; 2) using methamphetamine on or about October 8, 2016, and Klonopin, a Schedule IV controlled substance, without an authorized prescription on October 11, 2016; 3) failing to report for random urinalysis testing; and 4) failing to participate in and complete a substance abuse treatment program by failing to report as scheduled on October 10, 2016. *Id.* Parker neither admitted nor denied that he failed to follow the probation officer's instructions. *Id.* Judge Johnston has recommended that the Court revoke Parker's supervised release. *Id.* at 6. Further, Judge Johnston has recommended Parker should be sentenced to time served through September 13, 2017 at 12:00p.m., with 25 months of supervised release to follow. *Id.*

The Court finds no clear error in Judge Johnston's Findings and Recommendations. Parker's violations of his conditions represent a serious breach of the Court's trust. A sentence of time served through September 13, 2017, at 12:00p.m., followed by 25 months of supervised release, represents a sufficient, but not greater than necessary sentence.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 52) is **ADOPTED IN FULL.**

**IT IS FURTHER ORDERED** that Defendant James Michael Parker be sentenced to time served through September 13, 2017, at 12:00p.m., followed by 25 months of supervised release.

DATED this 12th day of September, 2017.

_____
Brian Morris
United States District Court Judge