## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No. CR-11-55-GF-BMM** |
| Plaintiff, | |
| vs. | **ORDER VACATING COMPETENCY HEARING AND SETTING REVOCATION HEARING** |
| JAMES MICHAEL PARKER, | |
| Defendant. | |

Defendant James Michael Parker, having filed an Unopposed Motion to Vacate the Competency Hearing and Request to Set the Revocation Hearing, the Government having no objection to this Motion, and good cause appearing;

IT IS HEREBY ORDERED that the Competency Hearing presently set for Thursday, November 8, 2018, at 8:30 a.m., is VACATED. IT IS FURTHER HEREBY ORDERED that the Revocation Hearing is set for **November 29, 2018 at 10:00 a.m.**

DATED this 5th day of November, 2018.

_____
John Johnston
United States Magistrate Judge